196

61 So.2d 865

**Leonard WILLIAMS v. STATE.**

**6 Div. 501.**

Supreme Court of Alabama.

Nov. 20, 1952.

T. K. Selman and T. Leon Beaird, Jasper, for petitioner.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Leonard Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Williams v. State, 36 Ala.App. 583, 61 So.2d 861.

Writ denied.

FOSTER, S I M P S O N and GOOD-WYN, JJ., concur.

61 So.2d 458

**Joe Emil HOUSE v. STATE.**

**6 Div. 494.**

Supreme Court of Alabama.

Nov. 20, 1952.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for petitioner.

Walter G. Woods, Tuscaloosa, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of House v. State, 36 Ala.App. 550, 61 So.2d 457.

Writ denied.

LIVINGSTON, C. J., and FOSTER and SIMPSON, JJ., concur.